HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KORRI MARIE TREVES,

    Plaintiff,

v.

UNION SECURITY INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. C12-1337RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    The court GRANTS Defendants' unopposed motion to substitute counsel. Dkt. # 32. As substitute counsel has already appeared on Defendants' behalf, the only action necessary to complete the substitution is to terminate Savera Kaur Sandhu-Smith as the attorney of record for Defendants. The clerk shall do so.

    Separately, the court acknowledges the parties' joint statement (Dkt. # 35) that they have reached a settlement. The parties may submit a stipulated order of dismissal no later than March 21, although it is not necessary to do so. If they do not, the court will enter its standard order of dismissal, which would dismiss all claims with prejudice and

//

//

//

MINUTE ORDER – 1

without court-ordered costs or attorney fees to any party, and would grant the parties leave to reopen the case within 60 days if they were unable to perfect their settlement.

Dated this 17th day of March, 2014.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER – 2